229 So.2d 733

**MICHIGAN WISCONSIN PIPE LINE COMPANY**

v.

**Eula Mae FRUGE, Elroy Hebert, Clifford Hebert.**

No. 50230.

Jan. 9, 1970.

229 So.2d 733

**MICHIGAN WISCONSIN PIPE LINE COMPANY**

v.

**Elroy HEBERT.**

No. 50229.

Jan. 9, 1970.

In re: Elroy Hebert applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 227 So.2d 615.

Writ refused. There appears no error of law in the judgment complained of.

SANDERS, J., is of the opinion a writ should be granted.

SUMMERS, J., is of the opinion the writ should be granted.